AO 247 (06/09) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c)(2)

# UNITED STATES DISTRICT COURT
## for the
### Western District of Virginia
CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
DEC - 1 2011
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| TROY DONAHUE BARKSDALE | ) Case No: 4:08CR00006-002 |
| | ) USM No: 13436-084 |
| Date of Previous Judgment: 10/07/2008 | ) |
| *(Use Date of Last Amended Judgment if Applicable)* | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | _____ | Amended Offense Level: | _____ |
| Criminal History Category: | _____ | Criminal History Category: | _____ |
| Previous Guideline Range: | ___ to ___ months | Amended Guideline Range: | ___ to ___ months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

**III. ADDITIONAL COMMENTS**
Defendant's offense level and resulting custody range were produced by the career offender guideline, which is unaffected by Amendment 750.

Except as provided above, all provisions of the judgment dated __10/07/2008__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 12/01/2011

*Judge's signature* — Jackson L. Kiser

Effective Date: _____
*(if different from order date)*

Senior United States District Judge
*Printed name and title*